UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY JOHN GOODRICH,

        Plaintiff,                            Case No.  1:15-CV-1002

v.

                                          HON. HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:  March 27, 2017                /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge